*Per Curiam.* Appeal dismissed upon the authority of *Johnson* v. *Hoy,* 227 U. S. 245. *Mr. Elijah N. Zoline* for the appellant. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the appellee.

----

No. 2. COLORADO & NORTHWESTERN RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the District Court of the United States for the District of Colorado. Submitted October 21, 1912. Decided May 5, 1913. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Union Trust Co. of St. Louis* v. *Westhus,* 228 U. S. 519. (See *United States* v. *The Colorado & N. W. R. R. Co.,* 157 Fed. Rep. 321; S. C., 209 U. S. 544.) *Mr. E. E. Whitted* for the plaintiff in error. *The Attorney General, Mr. Assistant to the Attorney General Fowler* and *Mr. Henry E. Colton* for the defendant in error.

----

No. 238. S. D. HARPER, PLAINTIFF IN ERROR, *v.* GRANT VICTOR, UNITED STATES MARSHAL, ETC. In error to the Circuit Court of the United States for the Eastern District of Oklahoma. Submitted April 18, 1913. Decided May 5, 1913. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Fisher* v. *Baker;* 203 U. S. 174, 182, and cases cited, and cause remanded to the District Court of the United States for the Eastern District of Oklahoma. *Mr. Jas. S. Davenport* for the plaintiff in error. *The Attorney General* and *Mr. Assistant Attorney General Adkins* for the defendant in error.

----

No. 253. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* ATLANTA JOURNAL COMPANY ET AL. In error to the